AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

DOCKETED

SEP 21 2000

MICHAEL DAY

v.

CHICAGO BOARD OF EDUCATION

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 5218 5534

SEP 21 2000

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

x Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed for failure to state a claim upon which relief may be granted.

Michael W. Dobbins, Clerk of Court

Donald R. Walker

Date: 9/20/2000

Donald Walker, Deputy Clerk