Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 5534 | DATE | NOV 07 2000 |
| CASE TITLE | DAY v. CHICAGO BOARD OF EDUCATION | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] The motion to amend complaint or for reconsideration of dismissal is denied.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | NOV 8 2000 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 8 |
| | Mail AO 450 form. | ED-7 FILED FOR DOCKETING | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 00 NOV -7 PM 4:25 | | |
| DW | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

**Day v. Chicago Board of Education**     00 C 5534     **Judge Zagel**

Previously I dismissed Michael Day's *pro se* complaint, with prejudice, for failure to state a claim. Day alleged that the Chicago Board of Education violated his right to due process and free speech when it suborned perjury by allowing an individual to pose as a witness at a deposition. Day asks me to vacate the dismissal and allow him leave to amend the complaint. I construe Day's motion, filed over ten days after the entry of judgment, as a motion pursuant to Federal Rule of Civil Procedure 60(b)(6).

Day wishes to replace "procedural due process" with "substantive due process" to clarify his theory of constitutional violation. He believes the defendants infringed on a substantive right of access to the courts by their conduct.

Whether characterized as substantive or procedural, Day's complaint does not state a cause of action. Day had adequate, meaningful and effective access to the courts, but simply wished to make his accusations in a courtroom, instead of in summary judgment briefs. The right of access is not absolute and there is no allegation here that defendants deprived Day of an opportunity to challenge their evidence (on the merits or by accusing them of subornation of perjury). Therefore, Day does not state a claim and I see no manifest error that compels me to vacate the judgment entered on September 20, 2000.

The motion to amend complaint or for reconsideration of dismissal is denied.